**Order entered September 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00571-CV**

**IN RE MIKE HARTLEY AND JANIE HARTLEY, Relators**

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02863**

**ORDER**
Before Justices Schenck, Reichek, and Evans[1]

On May 8, 2020 the Supreme Court of Texas issued its opinion in *In re Panchakarla*, 602 S.W.3d 536 (Tex. 2020) ordering this Court "to vacate its conditional writ because the trial court did not abuse its discretion in vacating the February 22 order." *Id*. at 541. Because the supreme court's opinion was issued on the day of a ransomware attack on Texas's appellate courts, we only recently became aware of the supreme court's opinion and directive. Accordingly, we **VACATE** our May 24, 2019 order conditionally granting this writ.

---

[1] The Honorable David Evans succeeds The Honorable Ada Brown, who was an original member of the submissions panel and opinion's author before her appointment to the federal district court.

/s/     DAVID EVANS
JUSTICE